ORIGINAL 

1  McGREGOR W. SCOTT
   United States Attorney
2  STANLEY A. BOONE
   SHEILA K. OBERTO
3  Assistant U.S. Attorneys
   4401 Federal Building
4  2500 Tulare Street
5  Fresno, California 93721
   Telephone: (559) 497-4000
6
              IN THE UNITED STATES DISTRICT COURT FOR THE
7
                      EASTERN DISTRICT OF CALIFORNIA
8

9  IN THE MATTER OF THE           )    S.W. NO.
10 SEARCHES OF:                   )
                                  )    **UNDER SEAL**
11 1473 KRAMER RIDGE,             )
   REEDLEY, CALIFORNIA 93654      )    ORDER SEALING SEARCH
12                                )    WARRANT AFFIDAVIT
13 338 STANLEY AVENUE,            )
   REEDLEY, CALIFORNIA 93654      )
14                                )
15 1148 E. DINUBA AVENUE,         )    1: 06 SW 00162    LJO
   APARTMENT #102 (LINCOLN PLACE),)
16 REEDLEY, CALIFORNIA 93654      )
                                  )
17 1405 F STREET,                 )
   REEDLEY, CALIFORNIA 93654      )
18                                )

     The United States of America, having applied to this
Court, for an Order permitting it to file the search warrant
and applicant and affidavit in the above-entitled proceedings,
together with its Application to Seal, Memorandum of Points and
Authorities and the accompanying Declaration of Stanley A.
Boone, under seal, and good cause appearing therefor,

     IT IS HEREBY ORDERED that the search warrant affidavit in
the above-entitled proceeding, together with the Application To
Seal of the United States Attorney and the accompanying

1

1  Memorandum of Points and Authorities and Declaration of Stanley
2  A. Boone, shall be filed with the Court in camera, under seal
3  and shall not be disclosed pending further order of this court.
4
5
6
7  DATED: 6-21-06                    _____
                                      LAWRENCE J. O'NEILL
8                                     U.S. Magistrate Judge
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28