McGREGOR W. SCOTT
United States Attorney
STANLEY A. BOONE
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

**FILED**

JUL 17 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF:<br><br>1473 KRAMER RIDGE,<br>REEDLEY, CALIFORNIA 93654<br><br>338 STANLEY AVENUE,<br>REEDLEY, CALIFORNIA 93654<br><br>1148 E. DINUBA AVENUE,<br>APARTMENT #102 (LINCOLN PLACE),<br>REEDLEY, CALIFORNIA 93654<br><br>1405 F STREET,<br>REEDLEY, CALIFORNIA 93654 | 01: 06-SW-00161 LJO<br>01: 06-SW-00162 LJO<br>01: 06-SW-00163 LJO<br>01: 06-SW-00164 LJO<br><br>ORDER TO UNSEAL SEARCH WARRANT<br>AFFIDAVIT AND WARRANTS |

The search warrant affidavit in this case having been sealed by Order of this Court on June 21, 2006, and it appearing that the affidavit and warrant are not required to remain secret based upon the motion submitted by the government,

IT IS HEREBY ORDERED that the search warrant affidavit and warrant be unsealed and made public record.

DATED: 7/14/2006            _____
                            UNITED STATES MAGISTRATE JUDGE

1